**Gary S. SCHNELL, Petitioner,**

v.

**DEPARTMENT OF the ARMY, Respondent.**

No. 2008–3333.

United States Court of Appeals, Federal Circuit.

Feb. 6, 2009.

Gary S. Schnell, Sparta, WI, pro se.

Tara J. Kilfoyle, Principal Attorney, Department of Justice, Washington, DC, for Respondent.

Before GAJARSA, LINN, and PROST, Circuit Judges.

## ON MOTION

PROST, Circuit Judge.

### ORDER

The Department of the Army moves to vacate the July 3, 2008 decision of the Merit Systems Protection Board (MSPB) in *Schnell v. Department of the Army,* No. CH–1221070700–W–1, 109 M.S.P.R. 604 and remand for further proceedings related to Gary Schnell's whistleblower allegations.

Specifically, the Army requests further proceedings regarding whether Schnell's disclosures were made in the course of his normal duties and, in the alternative, whether he had a reasonable belief that his disclosures evidenced a violation of any law, rule, or regulation or gross mismanagement, a gross waste of funds, an abuse of authority, or a substantial and specific danger to public health or safety.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The MSPB's July 3, 2008 decision is vacated and the case is remanded for further proceedings consistent with this order.

(2) Each side shall bear its own costs.